Prepared by, Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE.
SUITE 400 SOUTH
HOUSTON, TX 77042

*Rec 1st*

# QUITCLAIM ASSIGNMENT OF MORTGAGE

**WHEREAS**, **TAYLOR, BEAN & WHITAKER MORTGAGE CORP.**, is identified as the "Lender" on a certain Mortgage executed by **SHIRLEY R. DREW** and bearing the date of **2/29/2008** and recorded on **3/4/2008** in the Office of the Recorder of **CUMBERLAND** County, State of **MAINE** at Book **25868** Page **21,** Instrument or Document **11239**,. (Hereinafter the "Mortgage")

**WHEREAS**, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** ("MERS") is designated the mortgagee in the Mortgage as the nominee of **TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS,** and, upon the recording of the Mortgage, became the mortgagee of record.

**WHEREAS,** **GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G)** wishes to convey and assign any and all rights it may have under the Mortgage to **BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**; and

**WHEREAS**, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title on interests that MERS has or had in the Mortgage.

Accordingly, **GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G)** hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to **BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**.

Property Address: 1022 RIVER ROAD, WINDHAM, MAINE 04062
*Legal Description See Attached Exhibit "A"*
In Witness Whereof, the Assignor has duly executed this instrument on *May 19, 2016*

GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G) BY SELENE FINANCE LP, ATTORNEY IN FACT

By: _____
       NATASHA GUTWILLIG
Title: ASSIGNMENT MANAGER

**EXHIBIT D**

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on __5·19·16__ by NATASHA GUTWILLIG the ASSIGNMENT MANAGER of SELENE FINANCE LP, A DELAWARE LIMITED PARTNERSHIP, AS ATTORNEY IN FACT FOR GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G), ITS SUCCESSORS AND ASSIGNS, on behalf of said corporation.

_____
Notary Public in and for the State of TEXAS
Notary's Printed Name: Amy Gaffney
My Commission Expires: 1/23/2017

AMY GAFFNEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-23-2017

For 153000 dated 2/29/2008

DOC :26501 BK:33179 PG:321
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
06/09/2016, 02:22:38P
Register of Deeds Nancy A. Lane   E-RECORDED

EXHIBIT "A"

A certain lot or parcel of land with the buildings thereon, situated in said Windham and on the so-called River Road, and bounded as follows, to wit:

Beginning at an iron stake located on the River Road, 130.58' easterly from Murphy Brown's Southeast corner, (Stone Post); thence northwesterly at right angle 150' to iron stake; thence easterly at right angles 100' to iron stake, being the northwest corner of Charles Tenney land; thence southerly 150' along said land at right angle to iron stake located on said River Road; thence westerly along said road 100' to point of beginning.

For title of Grantor reference should be made to a deed from dora A. Crowley dated September 11, 1959 and recorded in the Cumberland county Registry of Deed in Book 2499, Page 178