Prepared by, Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042

429109  **ASSIGNMENT OF MORTGAGE** *Rec 2nd*

*FOR VALUE RECEIVED*, **BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, ITS SUCCESSORS AND ASSIGNS**, whose address is Selene Finance LP, 9990 Richmond Ave, Ste 400 South, Houston, TX 77042, does hereby assign and transfer to **SELENE FINANCE LP**, whose address is 9990 RICHMOND AVE, STE 400 S, HOUSTON, TX 77042, all its right, title and interest in and to the described Mortgage executed by **SHIRLEY R. DREW** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS** for **$153,000.00** dated **2/29/2008** of record on **3/4/2008** at  Book **25868** Page **21**, Instrument or Document **11239**, in the **CUMBERLAND** County Clerk's Office, State of **MAINE**.

Property Address: 1022 RIVER ROAD, WINDHAM, MAINE 04062
Legal Description: SEE ATTACHED EXHIBIT "A"

Executed this *May 19, 2016* .

**BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP BY SELENE FINANCE LP, ATTORNEY IN FACT**

By:  NATASHA GUTWILLIG
Title: ASSIGNMENT MANAGER



EXHIBIT

E

# ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on **5·19·16** by NATASHA GUTWILLIG the ASSIGNMENT MANAGER of SELENE FINANCE LP, A DELAWARE LIMITED PARTNERSHIP, AS ATTORNEY IN FACT FOR BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, on behalf of said corporation.

_____

Notary Public in and for the State of TEXAS
Notary's Printed Name:  Amy Gaffney
My Commission Expires: 1/23/2017

AMY GAFFNEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-23-2017

For 153000 dated 2/29/2008

EXHIBIT "A"

A certain lot or parcel of land with the buildings thereon, situated in said Windham and on the so-called River Road, and bounded as follows, to wit:

Beginning at an iron stake located on the River Road, 130.58' easterly from Murphy Brown's Southeast corner, (Stone Post); thence northwesterly at right angle 150' to iron stake; thence easterly at right angles 100' to iron stake, being the northwest corner of Charles Tenney land; thence southerly 150' along said land at right angle to iron stake located on said River Road; thence westerly along said road 100' to point of beginning.

For title of Grantor reference should be made to a deed from dora A. Crowley dated September 11, 1959 and recorded in the Cumberland county Registry of Deed in Book 2499, Page 178