# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Selene Finance, LP** | **CIVIL ACTION NO: 2:19-cv-00453-JDL** |
| Plaintiff | **MOTION FOR SUBSTITUTION OF PLAINTIFF** |
| vs. | RE:<br>1022 River Road, Windham, ME 04062 |
| **Benjamin P. Campo, Jr., as Special Administrator to the Estate of Shirley R. Drew** | Mortgage:<br>February 29, 2008<br>Book 25868, Page 21 |
| Defendant | |

NOW COMES the Plaintiff, Selene Finance, LP, by and through its attorney, Doonan, Graves & Longoria, LLC, and hereby MOVES this Court to substitute Lakeview Loan Servicing, LLC as Plaintiff in this action. As grounds therefor Plaintiff states the following:

1. On October 7, 2019, Selene Finance, LP filed a Complaint in this action.

2. The Mortgage Deed was then assigned from Selene Finance, LP to Lakeview Loan Servicing, LLC by virtue of an Assignment of Mortgage dated November 20, 2019 and recorded in the Cumberland County Registry of Deeds in **Book 36227, Page 301**. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit A.

3. Fed. R. Civ. P. 25 (c) specifically states that "if an interest is transferred, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party."

WHEREFORE, the Plaintiff, Selene Finance, LP, respectfully requests that Lakeview Loan Servicing, LLC be substituted as Plaintiff in this matter.

Dated this 13th day of April, 2020

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 13th day of April, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Benjamin P Campo, Jr.. Special Administrator to the
Estate of Shirley R. Drew
90 Bridge Street, Suite 100
Westbrook, ME 04092