UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Lakeview Loan Servicing, LLC | CIVIL ACTION NO: 2:19-cv-00453-JDL |
| Plaintiff | REPORT OF SALE AND DISBURSEMENT OF PROCEEDS |
| vs. | RE: 1022 River Road, Windham, ME 04062 |
| BENJAMIN P. CAMPO, JR.,, SPECIAL ADMINISTRATOR TO THE ESTATE OF SHIRLEY R. DREW | Mortgage: February 29, 2008 Book 25868, Page 21 |
| Defendant | |

NOW COMES Lakeview Loan Servicing, LLC, Plaintiff, and reports pursuant to 14 M.R.S.A. § 6324 that:

1. On November 17, 2020, at 04:00 PM, Plaintiff conducted a public sale, pursuant to the Judgment of Foreclosure and Sale entered June 22, 2020, and in accordance with the provisions of 14 M.R.S.A. § 6324 et seq.

2. A copy of the Notice of Public Sale was published on October 16, 2020, October 23, 2020 and October 30, 2020 in the Portland Press Herald, a newspaper of general circulation in Cumberland County; see a copy attached hereto.

3. At said public sale held at 2 Gorges Road, Kittery, ME 03904 for the premises located at 1022 River Road, Windham, ME 04062, the premises described in the mortgage deed subject to this foreclosure action being the mortgage dated February 29, 2008, and recorded at Book 25868, Page 21, of the Cumberland County Registry of Deeds, was sold to Abdullah Abdullah, the highest bidder, for the sum of $98,000.00.

4. The amount of Lakeview Loan Servicing, LLC's claim is as follows:

| | |
|---|---:|
| Principal, interest, costs and advances as of November 17, 2020: | $225,987.16 |
| Additional costs of sale including publication and attorney's fees: | $3,029.24 |
| Auctioneer's Commission: | $500.00 |
| TOTAL: | $229,516.40 |

5. There is a deficiency of $0.00.

6. The Plaintiff disbursed the gross proceeds of the sale as follows: $97,500.00 to Lakeview Loan Servicing, LLC pursuant to its Judgment of Foreclosure and Sale.

Dated: December 28, 2020

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

## NOTICE

Please be advised that pursuant to M.R.S. Title 14 § 6324, any opposition to this report must be filed within 30 days of receipt of the report. Failure to file timely opposition will be deemed a waiver of all objections to the report.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Lakeview Loan Servicing, LLC | CIVIL ACTION NO: 2:19-cv-00453-JDL |
| Plaintiff | REPORT OF SALE AND DISBURSEMENT OF PROCEEDS |
| vs. | RE:<br>1022 River Road, Windham, ME 04062 |
| BENJAMIN P. CAMPO, JR.,, SPECIAL ADMINISTRATOR TO THE ESTATE OF SHIRLEY R. DREW | Mortgage:<br>February 29, 2008<br>Book 25868, Page 21 |
| Defendant | |

ORDER

    The Plaintiff has filed the Report of Sale in this Civil Action to foreclose a real estate mortgage and pursuant to 14 M.R.S.A. § 6321 et seq. the Report of Sale was filed in accordance with 14 M.R.S.A. § 6324. No timely objection to the Report of Sale was filed by any party. Accordingly, it is hereby ordered that Plaintiff may disburse the proceeds of such sale in accordance with the Report of Sale. It is further ordered that the Report of Sale filed by the Plaintiff, and its content, is accepted by the Court. The Clerk is directed to enter the Order upon the docket by reference pursuant to M.R.Civ.P. 79(a).

Date: _____

                                                      _____
                                                      U. S. District Judge

CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 28th day of December, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

SERVICE LIST

Benjamin P Campo, Jr.. Special Administrator to the Estate of Shirley R. Drew
90 Bridge Street, Suite 100
Westbrook, ME 04092